**SEALED**

**FILED**
MAY 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF:        CASE NO. 2:17-SW-0407 EFB

12 6333 RING DRIVE, SACRAMENTO,
   CALIFORNIA 95824                        [PROPOSED] ORDER RE: REQUEST TO SEAL
13                                         DOCUMENTS

14                                         **UNDER SEAL**

15

16                              **SEALING ORDER**

17     Upon application of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

19 search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to

20 any person, unless otherwise ordered by this Court.

21

22 Dated: 5-24-2017                        _____
                                           Hon. Edmund F. Brennan
23                                         U.S. MAGISTRATE JUDGE

24

25

26

27

28

SEALING ORDER                               1